STATE of Missouri, Plaintiff/Appellant,

v.

Gary J. GIESELMAN,
Defendant/Respondent.

No. 65181.

Missouri Court of Appeals,
Eastern District,
Division One.

Sept. 13, 1994.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Oct. 31, 1994.

Application to Transfer Denied
Dec. 20, 1994.

Jeremiah W. (Jay) Nixon, Atty. Gen., Cheryl A. Caponegro, Asst. Atty. Gen., Jefferson City, for appellant.

Frank J. Kaveney, Brandenburg, Kaveney & Lownsdale, St. Louis, for respondent.

Before REINHARD, P.J., and GARY M. GAERTNER and CRAHAN, JJ.

### ORDER

PER CURIAM.

The state appeals the trial court's granting defendant's motion for judgment of acquittal notwithstanding the jury verdict finding defendant guilty of attempted burglary in the second degree, § 564.011, RSMo1986. We affirm. We have reviewed the record and find the claims of error to be without merit. An opinion would have no precedential value

nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 30.25(b).